**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

735 Central Avenue
Woodmere, New York 11598

Telephone (516) 791-4400
Telecopier (516) 791-4411

July 25, 2006

**VIA ECF**
The Honorable David G. Trager
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE:   **Williams v. Goldman**
      **03 CV 2132 (DGT) (MDG)**

Dear Judge Trager:

I represent the plaintiff in the above referenced matter. Plaintiff respectfully requests the opportunity to conduct discovery for class purposes.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

Adam J. Fishbein